IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEREMY WICKMAN,<br>     ID # 062915,<br>          Plaintiff, | § § § § | |
| v. | § § | No. 3:24-CV-1326-K-BW |
| NAVARRO COUNTY JAIL,<br>          Defendant. | § § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the plaintiff's *Application to Proceed In Forma Pauperis*, received on July 8, 2024 (Dkt. No. 6), is **DENIED**.

Petitioner shall pay the $405.00 filing fee on or before October 31, 2024, or this case will be dismissed without prejudice and without further notice.

SO ORDERED.

Signed October 22nd, 2024.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE